

**REPLY TO ATTENTION OF**

DEPARTMENT OF THE ARMY
SIERRA ARMY DEPOT
LAW ENFORCEMENT DIVISION
BUILDING P100
HERLONG, CA 96113
**STATEMENT OF PROBABLE CAUSE**

CA17
6335032

| MPR NUMBER | DATE | OFFICER |
|---|---|---|
| 00119-2016-MPC926 | 20160803 | ACOSTA |

**INCIDENT:** ON 03 AUGUST 2016, AT 0908 HOURS, WHILE EXERCISING MY DUTIES AS A LAW ENFORCEMENT OFFICER AT SIERRA ARMY DEPOT, HERLONG, CALIFORNIA, IN THE EASTERN DISTRICT OF CALIFORNIA, I OFFICER ACOSTA WAS NOTIFIED BY DISPATCH THAT THE OFFICER AT GATE 510 HAD FOUND CONTRABAND ON A COMMERCIAL VEHICLE.

**CONTACT:** MADE CONTACT WITH SGT GAROUTTE AT GATE 510 AT 0957 HOURS ON 20160803. SGT GAROUTTE INFORMED ME THAT DURING THE INSPECTION OF A COMMERCIAL TRUCK ATTEMPTING TO ACCESS THE DEPOT HE DISCOVERED ILLEGAL FIREWORKS. (SEE SGT. GAROUTTE'S OFFICERS STATEMENT ATTACHED) I MADE CONTACT WITH THE DRIVER OF THE TRUCK, WHO I IDENTIFED AS RILEY, BRIAN THROUGH HIS NEW YORK DRIVERS LICENSE. I EXPLAINED TO BRIAN THAT THESE FIREWORKS WERE ILLEGAL TO POSSESS IN THE STATE OF CALIFORNIA. I ASKED BRIAN WHERE HE BOUGHT THESE FROM AND HE SAID IT MIGHT HAVE BEEN FROM TEXAS.

**CASE STATUS:** BRIAN WAS ISSUED A U.S.D.C. VIOLATION NOTICE NUMBER FOR VIOLATING CALIFORNIA H&S 12700(a)(1), POSSESSION OF DANGEROUS FIREWORKS. BRIAN WAS RELEASED WITHOUT INCIDENT. THE FIREWORKS WERE TAKEN INTO CUSTODY BY MYSELF AND ADMITTED INTO EVIDENCE LOCKER 002 AT 1240 HOURS AT BLDG 100.

JONATHAN L ACOSTA
POLICE OFFICER
GS-06

**ENCLOSURE# 1**              **PAGE 1 OF 1**

**United States District Court**
**Violation Notice**

CVB Location Code: CA-11

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6335032 | Acosta, J | 23 |

6335032

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 08/03/2016 0930 hrs | H&S 12700(a)(1) |

Place of Offense: Gate 510, Chewing Gum Rd, Sierra Army Depot

Offense Description: Factual Basis for Charge — HAZMAT ☐
Possession of Dangerous Fireworks

DEFENDANT INFORMATIO[redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Riley | Brian | K |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| Temp | IL | 11 | Volvo | | Burgundy |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: [illegible] | Date (mm/dd/yyyy) | Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signature]

(Rev. 08/2015) Original - CVB Copy

CVB SCAN AUG 16, 2016 16:44

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on ____________, 20____ while exercising my duties as a law enforcement officer in the ____________ District of ____________

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/03/2016 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN AUG 16, 2016 16:44